**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION and ASTEX THERAPEUTICS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MSN PHARMACEUTICALS INC. and MSN LABORATORIES PVT. LTD., <br><br> Defendants. | C.A. No. 21-870-JLH (Consol.) <br> C.A. No. 21-981-JLH <br> C.A. No. 21-1102-JLH <br> C.A. No. 23-550-JLH <br> C.A. No. 24-1193-JLH |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Whereas, Plaintiffs Novartis Pharmaceuticals Corporation and Astex Therapeutics Ltd. (collectively, "Plaintiffs") and Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Pvt. Ltd. (collectively, "MSN" or "Defendants") (together, "the Parties") have agreed to terms and conditions representing a negotiated settlement of these actions and have set forth those terms and conditions in a confidential Settlement and License Agreement (the "Settlement Agreement"). Plaintiffs and Defendants, through their undersigned counsel of record, hereby stipulate and agree that:

1.  In view of, and subject to the provisions of the Settlement Agreement, all claims, counterclaims, and affirmative defenses asserted or brought by the Parties against one another in the above-captioned actions are dismissed with prejudice.

2.  This Court retains jurisdiction to enforce and resolve any disputes arising under the Settlement Agreement, and to enforce this Stipulation and Order of Dismissal.

3.  Each party will bear its own attorneys' fees and costs.

1

Dated: January 30, 2025

| | |
|---|---|
| **MCCARTER & ENGLISH, LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| */s/ Alexandra M. Joyce* | */s/ Robert M. Vrana* |
| Daniel M. Silver (#4758) | Karen L. Pascale (#2903) |
| Alexandra M. Joyce (#6423) | Robert M. Vrana (#5666) |
| Renaissance Centre | Rodney Square |
| 405 N. King Street, 8th Floor | 1000 North King St. |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| T: (302) 984-6300 | (302) 571-6600 |
| dsilver@mccarter.com | kpascale@ycst.com |
| ajoyce@mccarter.com | rvrana@ycst.com |

John D. Livingstone
M. David Weingarten, Ph.D.
Megan L. Meyers
Shannon M. Patrick
Candace C. Walther
**FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, LLP**
271 17th St. NW, Suite 1400
Atlanta, GA 30306
Phone: (404) 653-6400
john.livingstone@finnegan.com
david.weingarten@finnegan.com
megan.meyers@finnegan.com
shannon.patrick@finnegan.com
candace.walther@finnegan.com

Matthew Hlinka
**FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, LLP**
901 New York Ave., NW
Washington, DC 20001
Phone: (202) 408-4000
matthew.hlinka@finnegan.com

*Attorneys for Plaintiffs*
*Novartis Pharmaceuticals Corporation*
*and Astex Therapeutics Ltd.*

Richard J. Berman
Janine A. Carlan
Bradford C. Frese
**ARENTFOX SCHIFF LLP**
1717 K. Street, NW
Washington, DC 20006-5344
(202) 857-6000
richard.berman@afslaw.com
janine.carlan@afslaw.com
bradford.frese@afslaw.com

Matthew T. Wilkerson
**ARENTFOX SCHIFF LLP**
233 South Wacker Drive, Suite 7100
Chicago, IL 60606 USA
(312) 258-5500
matthew.wilkerson@afslaw.com

*Attorneys for Defendants*
*MSN Pharmaceuticals Inc. and MSN*
*Laboratories Pvt. Ltd.*

IT IS SO ORDERED, this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

2